## SEPTEMBER TERM, 1720.

### SHANKS's Lessee, vs. BLACKISTON.

EJECTMENT for *Little Hackley*, lying in *St. Clement's Manor* in the county of *Saint-Mary's.*

THE QUESTION submitted by the *special verdict* found in this case, turned upon the following devise in the will of *John Shanks*, the grandfather of the lessor of the plaintiff, dated the 17th June 1683, viz. "I give and be-"queath unto my beloved son, *John Shanks*, the planta-"tion I now live upon at *St. Clement's Manor*, called the *"Little Hackley*, with 300 acres of land belonging to it, "after the decease of my beloved wife *Abigail*, to him and "his heirs for ever. *Item*, it is my will, that in case my "son should die before my wife, or leave no heir surviv-"ing him, then my plantation shall descend to my daugh-"ter *Mary* and her heirs; and in case she shall decease "without heirs, then to my daughter *Elizabeth*, and her "heirs; and in case she shall decease without heirs, then "to my grandson *Charles Watts*, and his heirs succes-"sively."

*John Shanks*, the son of the testator, by deed dated the 2d of March 1690, conveyed the land in dispute to the father of the defendant. The lessor of the plain-tiff is the heir at law of the said *John Shanks*, the devisee.

JUDGMENT upon the *special verdict* for the plaintiff.

*T. Bordley*, (Attorney-General,) for the plaintiff.
*Dulany*, for the defendant.